**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@SchiffmanLaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Carroll,<br><br>            Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company;<br>Long Term Disability Plan for Non-Excluded Employees of Honeywell International, Inc.<br><br>            Defendants. | No. 18-cv-00632-PHX-GMS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The parties hereby stipulate that the Court may dismiss this matter with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 6th day of May 2019.

SCHIFFMAN LAW OFFICE, P.C.


By: */s/ Lisa J. Counters*
      Lisa J. Counters
Attorneys for Plaintiff, David Carroll

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jim Mackie*
    Jim Mackie
Attorneys for Defendants Metropolitan Life Insurance Company and Long Term Disability Plan for Non-Excluded Employees of Honeywell International, Inc.