# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Carroll,<br><br>              Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company, et al.,<br><br>              Defendants. | No. CV-18-00632-PHX-GMS<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 27). For good cause shown,

**IT IS ORDERED** granting the parties' Stipulation to Dismiss with Prejudice with each party to bear its own attorneys' fees and costs.

Dated this 7th day of May, 2019.

_____
G. Murray Snow
Chief United States District Judge